Malachi Mullings

May 14, 2024

The Honorable Michael L. Brown

United States District Court

Northern District of Georgia

RE: APOLOGY LETTER

Dear Judge Brown,

My name is Malachi Mullings, and I am writing to you with a heavy heart to ask for your forgiveness and mercy in my case. I deeply regret my actions and the pain they have caused to the victims, my family, and my community. I fully acknowledge my mistakes and every day, I live with the overwhelming shame and guilt for what I committed, and I am truly sorry for the harm and suffering I have caused to the victims. The gravity of my mistakes weighs heavily on my conscience, and I am filled with remorse for my involvement in the conspiracy to commit money laundering and the related offenses.

I am acutely aware that my behavior has been nothing short of selfish, and I am truly ashamed of my actions. I want to make it unequivocally clear that my parents raised me with values that reject theft and dishonesty, and I take full responsibility for the bad decisions I have made in my life. I acknowledge that I allowed myself to be influenced by negative influences and bad company, which ultimately led to the root of all my problems.

Reflecting on my actions, I feel nothing but profound regret. I curse myself daily for the pain I have inflicted, especially on the innocent victims who trusted and were deceived by my co-conspirators and by me. The nightmares of my past decisions haunt me every night, and I am unable to find peace or solace. The realization of my betrayal to my family, my community, and myself is a burden I carry constantly.

My parents raised me to be an upright and law-abiding individual, instilling in me values of honesty, integrity, and compassion. My father, Roger Mullings, who owned a car wash business, and my mother, Charlotta Mullings, an insurance agent, worked tirelessly to provide for our family and set a positive example for me. I have failed them deeply, and the disappointment I have caused them is a source of immense sorrow for me.

Growing up, I faced numerous challenges, including mental health issues such as ADD, bipolar disorder, and depression. My struggle with substance abuse further complicated my life and clouded my judgment. Despite these hardships, I have always tried to work hard to support myself and help my family. I have held various jobs since a young age, from working at my father's car wash to serving as a sales manager at Atlantic International Mattress.

My involvement in the money laundering activities was a result of my poor decisions during a difficult period in my life. After my trucking company failed, I found myself in dire financial straits. In my desperation, I was introduced to individuals who exploited my vulnerability and led me to become a money mule. I never intended to harm anyone or participate in the underlying fraud; I simply provided my business accounts for their transactions.

I understand the severity of my actions and the significant impact they have had on the victims and the community. I am committed to turning my life around and making amends for the harm I have caused. I have decided to seek professional help to address my mental health and substance abuse issues. My aspirations include obtaining my CDL license, pursuing further education in business management, and eventually opening a car wash and nightclub. I also wish to invest in real estate and build a stable, lawful future. I want to build a lawful and productive future, one that makes my family proud and allows me to give back to society.

I want to assure the court that I have learned from my mistakes, and I am resolute in my commitment to never engage in such activities again. I earnestly request a chance to demonstrate my true worth. I find myself at a critical juncture in my life, a 'make or break' phase, where I recognize my potential for positive contributions to society.

I humbly ask for your leniency, Judge Brown, as I face the consequences of my actions. I humbly ask for forgiveness from the victims affected by my actions. I pledge that this will be the last time I appear before the court, as I am determined to follow a path of integrity and positive contribution to society. I am determined to use this opportunity to rehabilitate myself and make meaningful contributions to my community. I know I have a long road ahead of me, but I am committed to making the necessary changes to become a better person.

Thank you for taking the time to read my letter and for considering my request for mercy.

Sincerely,


Malachi Mullings